No. 968. PAPPAS *v.* RAGEN, WARDEN. May 15, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 734. SANDERS *v.* SANFORD, WARDEN. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Hilliard Sanders, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for respondent.

No. 856. COLLINS *v.* WAYLAND ET AL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas A. Flynn* for petitioner. *Messrs. Charles L. Strouss* and *Frank L. Snell* for respondents.

No. 876. NEW ENGLAND MUTUAL LIFE INSURANCE CO. *v.* COHEN ET AL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Robert Cohler* for petitioner. *Mr. Ray E. Lane* for respondents.

No. 883. GRIEME *v.* UNITED STATES. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 884. UNITED STATES EX REL. LOHRBERG *v.* NICHOLSON, WARDEN, ET AL. May 22, 1944. Petition for writ of